UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIT PATEL,<br><br>         Petitioner,<br><br>   -against-<br><br>MARK ROCKWOOD,<br><br>         Respondent. | 1:21-CV-1501 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 28, 2021, alternatively denying the petition for lack of jurisdiction and as time-barred,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is alternatively denied for lack of jurisdiction and as time-barred. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment and the Court's April 28, 2021 order to Petitioner, and note service on the docket.

SO ORDERED.

Dated: April 28, 2021
    New York, New York

                     COLLEEN McMAHON
                     United States District Judge